UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF VIRGINIA
Alexandria Division

In re: NAGARAJA THYAGARAJAN      Case Number: 00-10210-RGM

         Debtor(s)      Chapter 7

## MOTION FOR RETURN OF UNCLAIMED FUNDS

Nagaraja Thyagarajan, debtor herein, requests the entry of an Order authorizing and directing return of unclaimed funds related to this case in the amount of $ 27,220.20, currently on deposit with the Treasury of the United States.

In support of such Motion debtor shows as follows:

1. Schedule F – Creditors Holding Unsecured Non priority Claims was submitted in this case through Bankruptcy counsel, Roy B. Zimmerman.
2. Order for turnover of funds in the name of Roy B. Zimmerman to Richard A. Bartl, Trustee.
3. Court document showing Trustee Final Report being filed on 01/21/2003 under document number 292.
4. Court documents showing that Som Dev and Rajeev Singh were among the list of creditors and their names appeared in the report of unclaimed funds (filed in non-electronic cases) under Virginia Eastern Bankruptcy Court – Alexandria Division updated monthly.

## BACKGROUND

The Trustee, Richard A. Bartl distributed the funds from item 2 above, to the creditors in item 1 above, but two of the creditors had not received the funds at the time of the original distribution, due to incorrect addresses.

The addresses for two of those creditors are shown here.

Som Dev in the amount of $5,902.81
1101 Saffron Drive
Mechanicsburg, PA 17055

Rajeev Singh in the amount of $21,317.39
29548 Cherry Laurel Lane
Gaithersburg, MD 20879

It is possible that these creditors have moved and their forwarding addresses cannot be ascertained. The claims have been assigned to these creditors as shown in Schedule F. Nagaraja Thyagarajan, the debtor believes that no other party is entitled to the unclaimed funds.

WHEREFORE, The Debtor, Nagaraja Thyagarajan, requests that this Court enter an Order authorizing and directing return of unclaimed funds in the amount of $27,220.20 to Nagaraja Thyagarajan and for such other relief as shall appear proper.

Dated: 01/27/05

RESPECTFULLY SUBMITTED,

*[signature: N Thyagarajan]*

Nagaraja Thyagarajan
1700 Landon Hill Road
Vienna, VA 22182
(703) 264-0329

# UNITED STATES BANKRUPTCY COURT
# EASTER DISTRICT OF VIRGINIA
# Alexandria Division

In re: NAGARAJA THYAGARAJAN      Case Number: 00-10210-RGM

         Debtor(s)          Chapter 7

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $27,220.20, currently on deposit with the Treasury of the United States, be returned to:

     Nagaraja Thyagarajan
     1700 Landon Hill Road
     Vienna, VA 22182

Date: _____        _____
                                       United States Bankruptcy Judge

                                       NOTICE OF JUDGMENT OR ORDER
                                       ENTERED ON DOCKET: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing MOTION FOR RETURN OF UNCLAIMED FUNDS was mailed, postage prepaid, this ___27th___ day of January, 2005, to all parties in interest as follows:

U.S. Attorney for the Eastern District of Virginia
2100 Jamieson Ave
Alexandria, VA 22314

Office of the U.S. Trustee
115 S. Union Street, Ste. P210
Alexandria, VA 22314

Som Dev
1101 Saffron Drive
Mechanicsburg, PA 17055

Rajeev Singh
29548 Cherry Laurel Lane
Gaithersburg, MD 20879

_N. Thyagarajan_
Nagaraja Thyagarajan

Sworn to me this _27th_ day of _January_ 2005

_____
Notary Public

JENNIFER E. ANDERSON
Notary Public
Montgomery Co., MD
My Comm. Exps. April 18, 2007

City/County of _Bethesda_
State of Maryland
Sworn to and subscribed before me this _9th_
day of _February_ _05_
Witness my hand and seal
_____ Notary Public

Mary A. Simonsen, Notary Public
Montgomery County
State of Maryland
My Commission Expires Jan. 1, 2008

In re: NAGARAJA THYAGARAJAN
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Amended)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | 1996-1998 | | | | 115,858.00 |
| BALASUBRAMANIAM, Kalavathy<br>10492 Stonington Lane<br>Manassas, VA 22110 | | | Endorsement of Notes | | | | |
| ACCOUNT NO. | X | | 1999 | | | | 2,600.00 |
| BUTTS, Robert R., Esq.<br>75 Washington Street<br>P.O. Box G<br>Poughkeepsie, NY 12602<br>Fishkill, NY 12524 | | | Collection Attorney for Locust Grove Condo | | | | |
| ACCOUNT NO. | X | | 1996-1998 | | | | 92,500.00 |
| ✓ DEV, Som<br>1101 Saffron Drive<br>Mechanicsburg, PA 17055 | | | Endorsement of Notest | | | | |
| ACCOUNT NO. | X | | 1996-1998 | | | | 2,800.00 |
| ELUMALAI, Rajendiran<br>7515 Moore House Court<br>Manassas, VA 22111 | | | Endorsement of Notes | | | | |
| ACCOUNT NO. | X | | 1996-1998 | | | | 304,647.00 |
| FADDOUL, Elias<br>5934 Dorothy Bolton Court<br>Alexandria, VA 22310 | | | Endorsement of Notes - Group Amount which includes Jhaward, Fehali, Ibrahim, Foddoul, Snyder, etal.) | | | | |

Schedule F Page 1

Subtotal (Total of this page) ➤ $518,405.00

In re: NAGARAJA THYAGARAJAN  
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FADDOUL, Michelle<br>5934 Dorothy Bolton Court<br>Alexandria, VA 22310 | | X | 1996-1998<br>Endorsement of Notes (See Elias Faddoul) | | | | 0.00 |
| ACCOUNT NO.<br>FADDOUL, Roger<br>5934 Dorothy Bolton Court<br>Alexandria, VA 22310 | | X | 1996-1998<br>Endorsement of Notes (See Elias Faddoul) | | | | 0.00 |
| ACCOUNT NO.<br>FEGHALI, Elie<br>4397 Eaton Place<br>Alexandria, VA 22310 | | X | 1996-1998<br>Endorsement of Notes (See Elias Faddoul) | | | | 0.00 |
| ACCOUNT NO.<br>IBRAHIM, Joseph<br>c/o Mr. Antoine Khoury<br>3905 Annandale Road<br>Annandale, VA 22003 | | X | 1996-1998<br>Endorsement of Notes - (See Elias Faddoul) | | | | 0.00 |
| ACCOUNT NO.<br>JAIN, Sanjiv<br>1916 Hull Road<br>Vienna, VA 22181 | | X | 1996-1998<br>Endorsement of Notes | | | | 950.00 |

Schedule F Page 2

Subtotal (Total of this page) ➤ $950.00

In re: NAGARAJA THYAGARAJAN
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KANDASWAMY, Shankar, Dr. 5727-A Kilrush Court Richmond, VA 22328 | X | | 1996-1998 Endorsement of Notes | | | | 37,954.00 |
| ACCOUNT NO. KAPADIA, Geeta 8636 Red Coat Lane Potomac, MD 20854 | X | | 1996-1998 Endorsement of Notes | | | | 9,400.00 |
| ACCOUNT NO. KHAWAND, Nabil Y., Dr. 7366 Annandale Court Annandale, VA 22003 | X | | 1996-1998 Endorsement of Notes (See Elias Faddoul) | | | | 0.00 |
| ACCOUNT NO. KOHLI, Jaidev Mrs. Neelam Kohli 5608 Schoolfield Court Centreville, VA 20120 | X | | 1996-1998 Endorsement of Notes | | | | 3,340.00 |
| ACCOUNT NO. KOHLI, Kishan 5608 Schoolfield Court Centreville, VA 20120 | X | | 1996-1998 Endorsement of Notes | | | | 14,900.00 |

Schedule F Page 3

Subtotal (Total of this page) ➤ $65,594.00

In re: NAGARAJA THYAGARAJAN  
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  
Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KRISHNAN, Gopal, Dr.<br>5217 Holden Street<br>Fairfax, VA 22032-3417 | | X | 1996-1998<br>Endorsement of Notes | | | | 67,054.00 |
| ACCOUNT NO.<br>LUTHRA, Taruna<br>10 Antioch Road<br>Gaithersburg, MD 20878 | | X | 1996-1998<br>Endorsement of Notes - Group Amount which includes Singh, Wadhwa, etal. | | | | 364,688.00 |
| ACCOUNT NO.<br>MAJREKAR, Sridhar<br>7730 Wolford Way<br>Lorton, VA 22079 | | X | 1996-1998<br>Endorsement of Notes | | | | 45,877.00 |
| ACCOUNT NO.<br>MALGHAN, Subhas, Dr.<br>Mrs. Kasha Malghan<br>15421 Deep Bottom Road<br>Darnestown, MD 20874 | | X | 1996-1998<br>Endorsement of Notes | | | | 159,159.00 |
| ACCOUNT NO.<br>Material Modifications Inc.<br>2929-PI Eskridge Raod<br>Fairfax, VA 22031 | | X | 1996-1998<br>Endorsement of Notes | | | | 487,415.00 |

Schedule F Page 4

Subtotal (Total of this page) ➤ $1,124,193.00

In re: NAGARAJA THYAGARAJAN  
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00689176<br>MRS Associates, Inc.<br>1040 Kings Highway N., Suite 300<br>Cherry Hill, NJ 08034 | | X | 1999<br>Collection Agent for PNC Bank, Repossessed Lexus | | | | 0.00 |
| ACCOUNT NO.<br>NARAYAN, Ravi<br>2106 Blue Knob Terrace<br>Silver Spring, MD 20906 | | X | 1996-1998<br>Endorsement of Notes | | | | 18,934.00 |
| ACCOUNT NO.<br>NORONHA, Clifford<br>9529 Fern Hollow Way<br>Montgomery Village, MD 20879-1407 | | X | 1996-1998<br>Endorsement of Notes | | | | 173,249.00 |
| ACCOUNT NO.<br>NOWLAKHA, Arjun<br>6432 Muster Court<br>Centreville, VA 20121 | | X | 1996-1998<br>Endorsement of Notes | | | | 158,524.00 |
| ACCOUNT NO. 150100008009262175<br>PNC Bank, National Association<br>National Financial Services Center<br>One PNC Plaza<br>Fifth Avenue & Wood Street<br>Pittsburg, PA 15222 | | X | 1999<br>Balance of Repossessed 1997 Lexus | | | | 16,100.00 |

Schedule F Page 5

Subtotal (Total of this page) ▸ $366,807.00

In re: NAGARAJA THYAGARAJAN  
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PRASAD, Sam<br>14 Bryce Way<br>Morris Plains, NJ 07950 | | X | 199-1998<br>Endorsement of Notes | | | | 655,000.00 |
| ACCOUNT NO.<br>RAJA, Suresh, Dr.<br>Dr. Nisha Bardhwaj<br>300 East 24th Street, #31-C<br>New York, NY 10016 | | X | 1996-1998<br>Endorsement of Notes | | | | 204,069.00 |
| ACCOUNT NO.<br>RAJAMANICKAM, Malayandi, Dr.<br>21 Rosewood Court<br>Princeton Jn., NJ 08550 | | X | 1996-1998<br>Endorsment of Notes | | | | 476,063.00 |
| ACCOUNT NO.<br>RAJENDIRAN, E.<br>7515 Moore House Court<br>Manassas, VA 22111 | | X | 1996-1998<br>Endorsement of Notes | | | | 2,800.00 |
| ACCOUNT NO.<br>RAMACHANDRAN, Prabakarr<br>21 Rosewood Court<br>Princeton, NJ 08550 | | X | 1996-1998<br>Endorsement of Notes | | | | 92,296.00 |

Schedule F Page 6

Subtotal (Total of this page) ➤ $1,430,228.00

In re: NAGARAJA THYAGARAJAN  
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  
Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RAO, Raghu, Mr. and Mrs. <br> 13314 Waterside Circle <br> Germantown, MD 20874 | | X | 1996-1998 <br> Endorsement of Notes | | | | 79,440.00 |
| ACCOUNT NO. <br> RAU, Praddeep, Dr. <br> 8200 Brucar Court <br> Gaithersburg, MD 20877 | | X | 1996-1998 <br> Endorsement of Notes | | | | 12,513.00 |
| ACCOUNT NO. <br> SADHASIVAM, Dr. <br> Mrs. Gunamani Sithanandam <br> 10801 Tulip Lane <br> Potomac, MD 20854 | | X | 1996-19998 <br> Endorsement of Notes | | | | 262,405.00 |
| ACCOUNT NO. <br> SETHI, Prithipal, Mr. and Mrs. <br> 11601 Lighthouse Drive <br> Laurel, MD 20708 | | X | 1996-1998 <br> Endorsement of Notes | | | | 299,976.00 |
| ACCOUNT NO. <br> SHASTRI, Deverakona A. <br> 2253 Coopersmith Square <br> Reston, VA 22091 | | X | 1996-1998 <br> Endorsement of Notes | | | | 3,400.00 |

Schedule F Page 7

Subtotal (Total of this page) ▸ $657,734.00

In re: NAGARAJA THYAGARAJAN  
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

Case No. 00-10210-RGM

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SINGH, Rajeev<br>19548 Cherry Laurel Lane<br>Gaithersburg, MD 20879 | | X | 1998-1999<br>Endorsement of Notes (See Taruna Luthra) | | | | 0.00 |
| ACCOUNT NO.<br>SUBRAMANIAN, Mr. and Mrs. V.<br>2210 Rock Street, #19<br>Mountain View, CA 94043 | | X | 1996-1998<br>Endorsment of Notes | | | | 13,830.00 |
| ACCOUNT NO.<br>SUDARSHAN, T.S., Dr.<br>Dr. Chitra Sudarshan<br>2056 Madrillon Road<br>Vienna, VA 22182 | | X | 1996-1998<br>Endorsement of Notes | | | | 301,672.00 |
| ACCOUNT NO. 10000094263<br>Trustco Bank<br>P.O. Box 1047<br>Schenectady, NY 12301-1047 | | | Mortgage/Foreclosure on property located at 16 H Field Court, Fishkillm, NY; Foreclosed 2/2/00 | | | | Unknown |

Schedule F Page 8

Subtotal (Total of this page) ➤ $315,502.00

Total ➤ $4,479,413.00

(Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

NAGARAJA THYAGARAJAN      Case #00-10210-RGM
                                                   Chapter #7
Debtor.

## ORDER

THIS MATTER CAME on to be heard upon the motion of Richard A. Bartl, Trustee, for turnover of certain funds deposited at Burke & Herbert Bank, & Trust Company and it appearing Roy B. Zimmerman, deceased, is the only signatory to account #127101414, and it further appearing proper that such funds be turned over to Richard A. Bartl, Trustee, it is

ORDERED that the funds of the debtor deposited in Burke & Herbert Bank & Trust Company, account # 172101414 be turned over to Richard A. Bartl, Trustee to be held subject to further Order of this Court.

_10/9/01_
Date

_/s/ Robert G. Mayer_
ROBERT G. MAYER
U.S. BANKRUPTCY COURT JUDGE

I ASK FOR THIS:

_/s/ Richard A. Bartl_
RICHARD A. BARTL, TRUSTEE
Tyler, Bartl, Burke & Gorman, P.L.C.
206 N. Washington Street, Suite P210
Alexandria, VA 22314
(703) 549-5000

NOTICE OF JUDGMENT OR ORDER
Entered On Docket 10/11/01

cc:

Office of the U.S. Trustee
115 S. Union Street, Suite P210
Alexandria, VA 22314

Richard A. Bartl, Trustee
206 N. Washington Street, Ste. 200
Alexandria, VA 22314

Law Offices of Roy B. Zimmerman
P.O. Box 185
Alexandria, VA 22313

Burke & Herbert Bank & Trust Company
100 S. Fairfax Street
Alexandria, VA 22314

Nagaraja Thyagarajan
13244 Copper Cove Company
Herndon, VA 20171

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
## Bankruptcy Petition #: 00-10210-RGM

*Assigned to:* ROBERT G. MAYER
Chapter 7
Previous chapter 11
Voluntary
Asset

*Date Filed:* 01/20/2000
*Date Converted:* 08/22/2001
*Date Terminated:*
05/18/2004
*Date Dismissed:* 02/02/2000

| **Nagaraja Thyagarajan**<br>13224 COPPER COVE WAY<br>HERNDON, VA 20171<br>SSN: xxx-xx-7622<br>***Debtor*** | represented by | **Kevin M. O'Donnell**<br>Henry & O'Donnell<br>4103 CHAIN BRIDGE RD. SUITE 100<br>FAIRFAX, VA 22030<br>703 273-1900<br>Email: kmo@henrylaw.com |

*AKA*
**Raj Thyagarajan**

**Richard A. Bartl**
Tyler, Bartl, Gorman & Ramsdell, P.L.C.
700 South Washington Street, Suite 216
Alexandria, VA 22314
(703) 549-5000
***Trustee***

represented by **Richard A. Bartl**
Tyler, Bartl, Gorman & Ramsdell, PLC
700 South Washington Street, Suite 216

Alexandria, VA 22314
(703) 549-5000
Fax : (703)549-5011
Email: rbartl@tbgrlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 01/21/2003 | 292 | Trustee Final Report and Account Prepared by the Chapter 7 Trustee and Reviewed by the United States Trustee; and, if applicable, applications for compensation. Filed by Error: party not known. (Stewart, Sherri) |
| 01/22/2003 | 293 | Notice of Trustee's Final Report and Account Filed by Richard A. Bartl. (Stewart, Sherri) (Entered: 01/23/2003) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 01/25/2005 08:52:41 |

| PACER | | Client | |

00-10210-RGM Nagaraja Thyagarajan
Case type: bk Chapter: 7 Asset: Yes Vol: v Judge: ROBERT G. MAYER
Date filed: 01/20/2000
Date terminated: 05/18/2004 Date of last filing: 08/21/2004

# Creditors

**ALAN GOLD**
140-14 28TH ROAD                                    (cr)
FLUSHING, NY 11354

**ARJUN NOWLAKHA**
6432 MUSTER COURT                                   (cr)
CENTREVILLE, VA 20121

**CAL KLAUSNER**
C/O STEPHEN E. LEACH
1615 L ST., NW, SUITE 400                           (cr)
WASHINGTON, DC 20036

**CLIFFORD NORONHA**
9529 FERN HOLLOW WAY                                (cr)
MONTGOMERY VILL, MD 20886-1407

**CLIFFORD NORONHA**
17508 TOWNE CREST DRIVE                             (cr)
GAITHERSBURG, MD 20877-3716

**COMPUACCT, INC.**
CAL KLAUSNER, RECEIVER
4520 EAST WEST HIGHWAY, STE 640                     (cr)
BETHESDA, MD 20814

**COMPUACCT, INC.**
C/O LESLIE W. LICKSTEIN
9677-B MAIN STREET                                  (cr)
FAIRFAX, VA 22031

**DENNIS MAZURKIEWIKZ**
MIDDLETOWN, NJ 07748                                (cr)

**DEVERAKONDA A. SHASTRI**
2253 COOPERSMITH SQUARE                             (cr)
RESTON, VA 22091

**DR. GOPAL V. KRISHNAN**
5217 HOLDEN STREET                                  (cr)
FAIRFAX, VA 22032-3417

**DR. MALAYANDI RAJAMANICKAM**
21 ROSEWOOD COURT                                   (cr)
PRINCETON JN., NJ 08550

**DR. NABIL Y. KHAWAND**
7366 ANNANDALE COURT                                (cr)

1489 CHAIN BRIDGE RD #302
MC LEAN, VA 22101                                          (cr)

**MATERIAL MODIFICATIONS INC.**
2929-PL ESKRIDGE RAOD                                      (cr)
FAIRFAX, VA 22031

**MATERIAL MODIFICATIONS, INC.**
2721-D MERRILEE DRIVE                                      (cr)
FAIRFAX, VA 22013

**MICHELLE FADDOUL**
5934 DOROTHY BOLTON COURT                                  (cr)
ALEXANDRIA, VA 22310

**MR. AND MRS. PRITHIPAL SETHI**
11601LIGHTHOUSE DRIVE                                      (cr)
LAUREL, MD 20708

**MR. AND MRS. RAGHU RAO**
13314 WATERSIDE CIRCLE                                     (cr)
GERMANTOWN, MD 20874

**MR. AND MRS. V. SUBRAMANIAN**
2210 ROCK STREET, #19                                      (cr)
MOUNTAIN VIEW, CA 94043

**MRS ASSOCIATES, INC.**
1040 KINGS HIGHWAY N., SUITE 300                           (cr)
CHERRY HILL, NJ 08034

**OFFICE OF THE U.S. TRUSTEE**
115 S. UNION STREET, SUITE 210                             (cr)
ALEXANDRIA, VA 22314

**PNC BANK, NATIONAL ASSOCIATION**
NATIONAL FINANCIAL SERVICES CENTER
ONE PNC PLAZA                                              (cr)
FIFTH AVENUE & WOOD STREET
PITTSBURG, PA 15222

**PRABAKARR RAMACHANDRAN**
21 ROSEWOOD COURT                                          (cr)
PRINCETON, NJ 08550

**RAJEEV SINGH**
19548 CHERRY LAUREL LANE                                   (cr)
GAITHERSBURG, MD 20879

**RAJENDIRAN ELUMALAI**
7515 MOORE HOUSE COURT                                     (cr)
MANASSAS, VA 22111

**RAM BALA**
13410 MELVILLE LANE                                        (cr)
CHANTILLY, VA 20151-2462

RAMESH
MANJULA VAIDYA
10035 CLUE DRIVE                                    (cr)
BETHESDA, MD 20817

**RAVI KOLLU**
13983 ANTONIA FORD COURT                            (cr)
CENTREVILLE, VA 20121-3504

**RAVI NARAYAN**
2106 BLUE KNOB TERRACE                              (cr)
SILVER SPRING, MD 20906

**ROGER FADDOUL**
5934 DOROTHY BOLTON COURT                           (cr)
ALEXANDRIA, VA 22310

**RUBINA WADHWA**
44201 BRISTOW CIRCLE                                (cr)
ASHBURN, VA 20147

**S.G. Malghan**
15421 Deep Bottom Road                              (cr)
Darnestown, MD 20874

**SAM S. PRASAD**
14 BRYCE WAY                                        (cr)
MORRIS PLAINS, NJ 07950

**SANJIV JAIN**
1916 HULL ROAD                                      (cr)
VIENNA, VA 22181

**SHRIDHAR NARASIMHAN**
11 FENDALL AVENUE                                   (cr)
ALEXANDRIA, VA 22304-6328

**SITA R. SHARMA**
905 N. POLLARD STREET                               (cr)
ARLINGTON, VA 22203-1950

**SOM DEV**
1101 SAFFRON DRIVE                                  (cr)
MECHANICSBURG, PA 17055

**SOPHIA MAZURKIEWICZ**
MIDDLETOWN, NJ 07748                                (cr)

**SRIDHAR MAJREKAR**
7730 WOLFORD WAY                                    (cr)
LORTON, VA 22079

**SURESH RAJAMANICKAM**
333 EAST 53RD STREET, #6KL                          (cr)
NEW YORK, NY 10022

| Date | Case | Name | Check# | Amount | Description |
|---|---|---|---|---|---|
| 03/01/2004 | 99-40219 | Mark T. Hayes | | $49.07 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/01/2004 | 03-10238-SSM | Daniel E Ierace | 113622 | $2,574.37 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/01/2004 | 01-12260-SSM | Ricardo Morante | 113622 | $240.41 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-27388-SCS | Cynthia Rose Pease | 145806 | $146.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 96-15589-SSM | Anthony W. Jackson | | $2,453.42 | Order on Motion for Return of Unclaimed Funds |
| 03/03/2004 | 99-24473-SCS | Sharon Barbee Burrus | 145806 | $13.01 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-25451-SCS | Jonathan Theatrice Nesbit | 145806 | $92.31 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-25423-SCS | Antionette Lee Fleming | 145806 | $150.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-27391-SCS | Donna J Prince | 145806 | $6.65 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-22146-SCS | Dove M. Wimbish | 145806 | $10.43 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-26687-SCS | Robert Walter Puchalski | 145806 | $80.45 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-26265-SCS | Gary R. Platt | 145806 | $71.16 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-24505-SCS | Verlina L. Martin | 145806 | $17.94 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-24505-SCS | Verlina L. Martin | 145806 | $11.15 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 00-24271-SCS | James E. Harmon | 145806 | $21.62 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 00-24475-SCS | Deborah N. Newby | 145806 | $15.51 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 00-20836-SCS | Douglas Lee Mendez | 145806 | $16.48 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 00-21766-SCS | Kathleen A. Bivans | 145806 | $600.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-28753-SCS | Ira L. Banks | 145806 | $47.38 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-23401-SCS | June Davenport Caffee | 145806 | $245.31 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-27760-SCS | Ernest M. Elam | 145806 | $150.49 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 01-10558-RGN | Glen Posey | 113664 | $50.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 00-25190-SCS | Leroy Harrell | 145806 | $249.98 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 98-24505-SCS | Verlina L. Martin | 145806 | $5.16 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 02-85239-SSM | Sleepy Hollow Psychiatric Center | 113678 | $33.56 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-40217-DHA | Mark Thomas Hayes | 41219 | $44.17 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-40217-DHA | Mark Thomas Hayes | 41219 | $20.37 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-40153-DHA | Theodore Samuel Wortham | 41219 | $110.24 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/03/2004 | 99-40995-DHA | Darlene Rose | 41219 | $70.50 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 96-35131-DOT | Rebecca Walls Decker | | $258.66 | Order on Motion for Return of Unclaimed Funds |
| 03/04/2004 | 96-32953-BNS | Josephine G. Bland | | $255.80 | Order on Motion for Return of Unclaimed Funds |
| 03/04/2004 | 03-73766-SCS | Richard McIlwaine Keever | 145806 | $2,515.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 01-70139-SCS | Herbert Jackson | 145806 | $137.06 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 01-70055-SCS | Mark Alan Vaughn | 145806 | $66.91 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 02-75087-SCS | Calvin D. Morris | 145806 | $83.23 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 00-70423-SCS | Yvette Denise Goode | 145806 | $37.67 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 00-72461-SCS | Derrick Wyatt Jackson | 146806 | $470.08 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 01-73262-SCS | Michelle Rene King | 145806 | $45.93 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 00-52781-DHA | Christopher Robert Wirt | 41219 | $43.11 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 99-52839-DHA | Mary E. Singleton | 41219 | $52.51 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 99-52740-DHA | James Paul Halabuk | 41219 | $26.98 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 00-50004-DHA | Belinda Payne | 41219 | $56.85 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 00-51711-DHA | Phillip L. McMillan | 41219 | $92.74 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/04/2004 | 99-52134-DHA | Christina Elizabeth Campana | 41219 | $55.85 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/05/2004 | 92-10394-DOT | John W. Koons | | $2,526.87 | Order on Motion for Return of Unclaimed Funds |
| 03/05/2004 | 02-83306-SSM | Ed H. Canty | | $1,440.00 | Order on Motion for Return of Unclaimed Funds |
| 03/05/2004 | 01-36136-DOT | Jacquelyn Ann Clouse | 96397 | $1,433.57 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/09/2004 | 01-10558-RGN | Glen Posey | 113763 | $50.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/09/2004 | 93-42387-DHA | Timothy Kennedy | | $226.00 | Order on Motion for Return of Unclaimed Funds |
| 03/10/2004 | 94-10735-SSM | Rex M. Phares | 113764 | $84,756.80 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/10/2004 | 97-18879-RGN | Renex Corporation | 96265 | $543.19 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/11/2004 | 95-40160-SCS | Clovis L. Braxton | | $320.00 | Order on Motion for Return of Unclaimed Funds |
| 03/11/2004 | 91-42425-HJB | Willie Loston Dotson | | $764.36 | Order on Motion for Return of Unclaimed Funds |
| 03/11/2004 | 99-22249-SCS | Glynn J. Bransom | | $413.65 | Order on Motion for Return of Unclaimed Funds |
| 03/11/2004 | 89-12180-MVE | Harry H. Horning | | $4,486.74 | Order on Motion for Return of Unclaimed Funds |
| 03/11/2004 | 00-10210-RGN | Nagaraja Thyagarajan | 113803 | $11,055.74 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| ✓ 03/11/2004 | 00-10210-RGN | Nagaraja Thyagarajan | 113803 | $21,317.39 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| ✓ 03/11/2004 | 00-10210-RGN | Nagaraja Thyagarajan | 113803 | $5,902.81 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 97-42813 | Lonnie A. Parker | | $1,343.26 | Order on Motion for Return of Unclaimed Funds |
| 03/12/2004 | 97-18906 | Tracy W. Smith | | $3,988.00 | Order on Motion for Return of Unclaimed Funds |
| 03/12/2004 | 98-16302 | Donald D. Broughton | | $7,704.32 | Order on Motion for Return of Unclaimed Funds |
| 03/12/2004 | 97-40849-DHA | Albert Leopold Polite | 41334 | $1,950.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 98-43080-DHA | Van Lovvorn | 41334 | $25.67 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 99-41599-SCS | Paula Marie Argentieri | 41334 | $130.57 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 98-40201-SCS | Joseph James Powers | 41334 | $8.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 98-20475-SCS | Lloyd E. Whitney | | $2,021.37 | Order on Motion for Return of Unclaimed Funds |
| 03/12/2004 | 96-41073-SCS | Cassiebell Lewis | | $1,071.82 | Order on Motion for Return of Unclaimed Funds |
| 03/12/2004 | 99-23994-DHA | Eddie H. Capers | 146069 | $19.21 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/12/2004 | 99-22347-DHA | Charles D. Dorsey | 146069 | $7.35 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/15/2004 | 97-43530-SCS | Robert Andrew Piehl | | $493.27 | Order on Motion for Return of Unclaimed Funds |
| 03/16/2004 | 00-34250-DOT | Reva Washington Artis | | $260.00 | Order on Motion for Return of Unclaimed Funds |
| 03/17/2004 | 00-50004-DHA | Belinda Payne | 41371 | $16.85 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 00-52781-DHA | Christopher Robert Wirt | 41371 | $326.27 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 99-52134-DHA | Christina Elizabeth Campana | 41371 | $6.93 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 99-40217-DHA | Mark Thomas Hayes | 41371 | $26.43 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 99-40217-DHA | Mark Thomas Hayes | 41371 | $23.79 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 99-40217-DHA | Mark Thomas Hayes | 41371 | $34.83 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 01-73358-SCS | Ferrell J. Hood | 146144 | $2,143.74 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 01-73262-SCS | Michelle Rene King | 146144 | $44.03 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 01-73066-SCS | Hazel Banks Wright | 146144 | $123.50 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 98-28753-SCS | Ira L. Banks | 146144 | $44.26 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 98-27388-SCS | Cynthia Rose Pease | 146144 | $25.80 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 00-21766-SCS | Kathleen A. Bivans | 146144 | $200.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 00-23063-SCS | James E. Young | 146144 | $33.76 | Receipt of Deposit of Unclaimed Funds/Small Dividends |
| 03/17/2004 | 00-23691-SCS | Bertha L. Church | 146144 | $720.00 | Receipt of Deposit of Unclaimed Funds/Small Dividends |

Virginia Eastern Bankruptcy Court - Alexandria Division Unclaimed Funds (filed in non-electronic cases) - UPDATED MONTHLY

| | | | | |
|---|---|---|---|---|
| 17-71-A | ACT Newgard John J. | Box 88B Rd #3 Boonton NJ | $ | 19.66 |
| 17-71-A | ACT Newsted Corp. | 540 Madison Avenue New York NY | $ | 95.31 |
| 17-71-A | ACT Nelson John P. | 312 Cloverdale Dr Council Bluffs | $ | 146.80 |
| 17-71-A | ACT Richards Paula H. | Northwood Inc Club Dallas TX | $ | 24.37 |
| 17-71-A | ACT Nagata Raymond Y. | 818 S King St Apt 8 Hono HI | $ | 66.21 |
| 17-71-A | ACT Nisbet Michael R. | 7438 Tannoia Hazelwood MO | $ | 6.69 |
| 17-71-A | ACT Neal Haven N. B. | Fiduciary Tr Co of New York NY | $ | 8.17 |
| 17-71-A | ACT Maxwell Chester A. | 5216 35th Ave Kenosha WI | $ | 4.60 |
| 17-71-A | ACT Kelly William G. | 48 Buttonwood Ln Darien CT | $ | 34.91 |
| 17-71-A | ACT Lawrason J. Wilkie | 19 Aylesbury Rd Islinston Toronto | $ | 29.09 |
| 00-10010 | Internal Revenue Service | POB 10025 Richmond VA 23240 | $ | 230.44 |
| 00-10010 | Social Security Administration | c/o Internal Revenue Service POB 8786 Philadelphia PA 19162-8786 | $ | 71.44 |
| 00-10067 | Exxon Consumer | POB 103104/GE Capital Roswell GA 30076 | $ | 7.82 |
| 00-10210 | Singh Rajeev | 19548 Cherry Laurel Lane Gaithersburg MD 20879 | $ | 21,317.39 |
| 00-10210 | Dev Som | 1101 Saffron Drive Mechanicsburg PA 17055 | $ | 5,902.81 |
| 00-10262 | Ellis Tracey L. | 125 H. Clubhouse Drive, SW #2 Leesburg VA 20175 | $ | 130.00 |
| 00-10278 | American Baptist CU | POB 3012 Covina CA 91722-7012 | $ | 23.24 |
| 00-10297 | Willow Springs Towing | c/o David C. Jones, Jr., PC 10617 Jones St Ste 301-A Fairfax VA 22030 | $ | 319.00 |
| 00-10304 | Univ. Ctr. Resident Owners Assoc. | c/o Troutman Sanders Mays & Valentine 1660 Intnl Dr Ste 600 McLean VA 22102 | $ | 60.46 |
| 00-10401 | Malone Andrea | 10114 Campus Way South #104 Largo MD 20772 | $ | 565.93 |
| 00-10452 | Capital One Bank | POB 85167 Richmond VA 23285 | $ | 14.13 |
| 00-10528 | Principal Residential Mortgage | POB 711 Des Moines IA 50392 | $ | 294.58 |
| 00-10578 | Resurgent Aquisition Trust | POB 10587 Greensville SC 29603-0587 | $ | 37.00 |
| 00-10588 | Wang Grace H. | 6038 Richmond Highway Apt 507 Alexandria VA 22303 | $ | 530.00 |
| 00-10687 | MBNA America Bank NA | POB 15168 MS 1421 Wilmington DE 19850 | $ | 1,380.46 |
| 00-10709 | Ocwen Federal Bank | Norwest Bank Minnesota, N.A. 1675 Palm Beach Lakes Blvd West Palm Beach FL 3 | $ | 20.19 |
| 00-10891 | GE Macys | P O Box 6700 Norcross GA 30091 | $ | 248.00 |
| 00-10915 | Homecommings Financial Network | 9275 Sky Park Ct - 3rd Floor San Diego CA 92123 | $ | 259.84 |
| 00-11111 | Chastain Edward Glenn | 5428 Ox Road Fairfax Station VA 22039 | $ | 12.29 |
| 00-11172 | Vernaza Luz Melby | 2001 North Adams St - Apt 635 Arlington VA 22201 | $ | 112.01 |
| 00-11244 | Rodgers Ronald Solomon | 16961 Point Pleasant Lane Dumfries VA 22026 | $ | 308.71 |
| 00-11552 | McClendon James Robert | 5412 Chandley Farm Circle Centreville VA 20120 | $ | 655.00 |
| 00-11579 | Financing Alternatives | 321 B Johnson Road Chesapeake VA 23322 | $ | 22.42 |
| 00-11592 | First National Bank of Atlanta | c/o Wachovia Bank Card Services POB 14009 Atlanta GA 30324 | $ | 5,116.35 |
| 00-11830 | Prince William Co Tax Enforcement | Attn Andrea Lamont 15941 Donald Curtis Dr Woodbridge VA 22191 | $ | 24.57 |
| 00-11857 | Bushrod Albert | 2381 S. Gate Square Reston VA 20190 | $ | 300.00 |
| 00-12032 | German Christopher J. | 2222 Montgomery Ave Woodbridge VA 22191 | $ | 10.00 |
| 00-12145 | McKinney Melvin O. | 12752 Sidney Way Woodbridge VA 22192-7614 | $ | 122.30 |
| 00-12304 | Washington Mutual Finance | POB 9174 Baltimore MD 21222 | $ | 1,941.40 |
| 00-12362 | First Consumers National Bank | POB 5280 and 2650 Portland OR 97208 | $ | 34.07 |