## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 00-10210 |
| Nagraja Thyagarajan a/k/a Raj Thyagaragjan § | |
| § | |
| DEBTOR. § | |

### MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW Dilks & Knopik, LLC, by and through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. ("Applicant") hereby petitions the Court for $21,317.39, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Rajeev Singh, creditor. A dividend check in the amount totaling $21,317.39 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The US Bankruptcy Court, Eastern District of Virginia's unclaimed funds report (attached) lists Rajeev Singh with an address of 19548 Cherry Laurel Lane, Gaithersburg, MD 20879. That address was incorrectly recorded. The correct address should have been 18548 Cherry Laurel Lane, Gaithersburg, MD 20879. That address is no longer valid. The change of address prevented delivery of the initial dividend check.

The claimant's current mailing address, phone and social security/tax identification number are:

Rajeev Singh
10114 Lakestone Pl.
Rockville, MD 20850
[1] 301-251-9464
SSN/TIN: 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

Furthermore, Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

Dilks & Knopik, LLC has been appointed by Rajeev Singh, claimant, as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. to recover these funds on behalf of Rajeev Singh.

Applicant now seeks to recover the funds from the Court's Registry. Wherefore, Applicant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $21,317.39 made payable to Rajeev Singh c/o Tommy Andrews, Jr., P.C. be issued from the Court's Registry.

Dated: 05/26/04        Respectfully Submitted: _____

Tommy Andrews, Jr., Attorney
Tommy Andrews, Jr., P.C.
122 North Alfred Street
Alexandria, VA 22314
(703) 838-9004

On 05/26/04 before me, Tommy Andrews, Jr., personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]

Notary Public
for the State of Virginia City/County of Alexandria
My Commission Expires: _____

M. VANESSA BUSTAMANTE
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
My Commission Expires May 31, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 00-10210 |
| Nagraja Thyagarajan a/k/a Raj Thyagaragian | § | |
| | § | |
| DEBTOR | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Tommy Andrews, Jr., Attorney for Tommy Andrews, Jr., P.C., the undersigned, do declare that on _5/26/04_, I served the within Motion for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

-And-

Office of the United States Trustee
115 South Union Street, Ste 210
Alexandria, VA 22314

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 05/26/04     Respectfully Submitted: _____
Tommy Andrews, Jr., Attorney
Tommy Andrews, Jr., P.C.
122 North Alfred Street
Alexandria, VA 22314
(703) 838-9004

On _05/26/04_ before me, Tommy Andrews, Jr., personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal

_Vanessa Bustamante_
Notary Public
for the State of _Virginia City of Alexandria_
[Seal]  My commission expires _____

M. VANESSA BUSTAMANTE
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
My Commission Expires May 31, 2007

## UNITED STATES BANKRUPTCY COURT

RE: Nagraja Thyagarajan a/k/a Raj Thyagaragjan

Debtor(s)

Case: 00-10210

**AUTHORITY TO ACT
LIMITED POWER OF ATTORNEY
Limited to one Transaction**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Rajeev Singh**, with a Social Security Number of XXX-XX-5722 ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$21,317.39** (the "UNCLAIMED FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the UNCLAIMED FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the UNCLAIMED FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Limited Power of Attorney shall become effective on the below signed date and shall be terminated upon the receipt of UNCLAIMED FUNDS recovered by D&K.

_____    5/7/04, 20__
Rajeev Singh    Date

### ACKNOWLEDGMENT

STATE OF Maryland
COUNTY OF Montgomery

On this 7 day of May, 2004, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Rajeev Singh known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC residing at 15161 Damestown RD Gaithersburg MD
My Commission expires

OFFICIAL SEAL
NOTARY PUBLIC - MARYLAND
KAREN L. HOWELL
MONTGOMERY COUNTY
My Commission Expires October 1, 2006

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

RE: Nagraja Thyagarajan a/k/a Raj Thyagaragjan

_____Debtor(s)_____

Case: 00-10210

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

I, Rajeev Singh, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $21,317.39, which is the sum of monies deposited with the court in the above referenced case.

2. I have appointed Dilks & Knopik, LLC, as my lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds.

3. The original disbursement check was represented for payment within 90 days after issuance because: The original check was never received by me, due to a change in home address.

4. The following is my current address and phone number:
   Rajeev Singh
   10114 Lakestone Pl, Rockville, MD 20850
   301 251-9464

5. At the time of my bankruptcy, I had a mailing address of 18548 Cherry Laurel Lane, Gaithersburg, MD 20879.

6. It has been over 5 years since I have lived at the 18548 Cherry Laurel Lane, Gaithersburg, MD 20879. After a diligent search I have been unable to find anything showing that address.

For this reason, it is overly burdensome and may be impossible to provide documentation to verify the specific address of record. I pray that the court will accept this affidavit as proof of address.

Dated 5/7/04       By: _____ Rajeev Singh

STATE OF Maryland, COUNTY OF Montgomery

On May 7, 2004 before me, personally appeared (insert name of the signer) Rajeev Singh

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____ Notary Public

My commission expires:

OFFICIAL SEAL
NOTARY PUBLIC - MARYLAND
KAREN L. HOWELL
MONTGOMERY COUNTY
My Commission Expires October 1, 2006



Virginia Eastern Bankruptcy Court - Alexandria Division Unclaimed Funds (filed in non-electronic cases) - UPDATED MONTHLY

| Case | Party | Name | Address | Amount |
|---|---|---|---|---|
| 17-71-A ACT | Newgard John J. | | Box 88B Rd #3 Boonton NJ | $19.66 |
| 17-71-A ACT | Newsted Corp. | | 540 Madison Avenue New York NY | $95.31 |
| 17-71-A ACT | Nelson John P. | | 312 Cloverdale Dr Council Bluffs | $146.80 |
| 17-71-A ACT | Richards Paula H. | | Northwood Inc Club Dallas TX | $24.37 |
| 17-71-A ACT | Nagata Raymond Y. | | 818 S King St Apt 8 Hono HI | $66.21 |
| 17-71-A ACT | Nisbet Michael R. | | 7438 Tannoia Hazelwood MO | $6.69 |
| 17-71-A ACT | Neal Haven N. B. | | Fiduciary Tr Co of New York NY | $8.17 |
| 17-71-A ACT | Maxwell Chester A. | | 5216 35th Ave Kenosha WI | $4.60 |
| 17-71-A ACT | Kelly William G. | | 48 Buttonwood Ln Darien CT | $134.91 |
| 17-71-A ACT | Lawrason J. Wilkie | | 19 Aylesbury Rd Islinston Toronto | $29.09 |
| 00-10010 | Internal Revenue Service | | POB 10025 Richmond VA 23240 | $230.44 |
| 00-10010 | Social Security Administration | | c/o Internal Revenue Service POB 8786 Philadelphia PA 19162-8786 | $71.44 |
| 00-10067 | Exxon Consumer | | POB 103104/GE Capital Roswell GA 30076 | $7.82 |
| 00-10210 | Noronha Clifford | | 17508 Towne Crest Drive Gaithersburg MD 20877-3716 | $11,055.74 |
| 00-10210 | Singh Rajeev | | 19548 Cherry Laurel Lane Gaithersburg MD 20879 | $21,317.39 |
| 00-10210 | Dev Som | | 1101 Saffron Drive Mechanicsburg PA 17055 | $5,902.81 |
| 00-10262 | Ellis Tracey L. | | 125 H. Clubhouse Drive, SW #2 Leesburg VA 20175 | $130.00 |
| 00-10297 | Willow Springs Towing | | c/o David C. Jones, Jr., PC 10617 Jones St Ste 301-A Fairfax VA 22030 | $319.00 |
| 00-10304 | Univ. Ctr. Resident Owners Assoc. | | c/o Troutman Sanders Mays & Valentine 1660 Intnl Dr Ste 600 McLean VA 22102 | $60.46 |
| 00-10401 | Malone Andrea | | 10114 Campus Way South #104 Largo MD 20772 | $565.93 |
| 00-10528 | Principal Residential Mortgage | | POB 711 Des Moines IA 50392 | $294.58 |
| 00-10578 | Resurgent Aquisition Trust | | POB 10587 Greensville SC 29603-0587 | $137.00 |
| 00-10588 | Wang Grace H. | | 6038 Richmond Highway Apt 507 Alexandria VA 22303 | $530.00 |
| 00-10687 | MBNA America Bank NA | | POB 15168 MS 1421 Wilmington DE 19850 | $1,380.46 |
| 00-10709 | Ocwen Federal Bank | | Norwest Bank Minnesota, N.A. 1675 Palm Beach Lakes Blvd West Palm Beach FL 3 | $20.19 |
| 00-10891 | GE Macys | | P O Box 6700 Norcross GA 30091 | $248.00 |
| 00-10915 | Homecommings Financial Network | | 9275 Sky Park Ct - 3rd Floor San Diego CA 92123 | $259.84 |
| 00-11172 | Vernaza Luz Melby | | 2001 North Adams St - Apt 635 Arlington VA 22201 | $112.01 |
| 00-11244 | Rodgers Ronald Solomon | | 16961 Point Pleasant Lane Dumfries VA 22026 | $308.71 |
| 00-11552 | McClendon James Robert | | 5412 Chandley Farm Circle Centreville VA 20120 | $655.00 |
| 00-11579 | Financing Alternatives | | 321 B Johnson Road Chesapeake VA 23322 | $122.42 |
| 00-11592 | First National Bank of Atlanta | | c/o Wachovia Bank Card Services POB 14009 Atlanta GA 30324 | $5,116.35 |
| 00-11830 | Prince William Co Tax Enforcement | | Attn Andrea Lamont 15941 Donald Curtis Dr Woodbridge VA 22191 | $24.57 |
| 00-11857 | Bushrod Albert | | 2381 S. Gate Square Reston VA 20190 | $300.00 |
| 00-12145 | McKinney Melvin O. | | 12752 Sidney Way Woodbridge VA 22192-7614 | $122.30 |
| 00-12429 | Dubelko Michael | | c/o Express.com 7083 Hollywood Blvd. Hollywood CA 90028 | $1,332.02 |
| 00-12451 | First National Bank of Atlanta | | dba Wachovia Bank Card Services POB 14009 Atlanta GA 30324 | $12.78 |
| 00-12576 | Archstone Communities | | c/o Kathleen Donovan Tamrnadge, Esq. 4350 North Fairfax Dr #950 Arlington VA 22 | $24.67 |
| 00-12616 | Harris Martha | | 2521 Paxton St Woodbridge VA 22192 | $6.01 |
| 00-12851 | Allen Trementes V. | | 1805 Santa Monica San Antonio TX 78201 | $10.00 |

22